DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B.D.S.,** a Minor,
Appellant,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA,**
Appellee.

No. 4D20-954

[March 25, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502015CA013230XXXXMB.

Barry Silver, Boca Raton, for appellant.

Sean Fahey, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***